TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00467-CV

Stephen T. Wilson, Jr., Appellant

v.

Albert Benestante, Sr., Independent Executor of the Estate of Albert Benestante, Jr.;

Jack Apple, Jr.; and Chevrolet Country, Inc., Appellees

FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY

NO. 61,901-A, HONORABLE GUY HERMAN, JUDGE PRESIDING 

PER CURIAM

 On August 14, 1996, appellant filed a motion for extension of time to file the transcript in
this cause. No transcript has been filed nor has any other action been taken. On September 25, 1997,
the Clerk of this Court wrote appellant to inquire whether the transcript would be filed, and to caution him
that the Court could dismiss the cause on its own motion. Appellant has not replied or taken any further
steps to prosecute his appeal. (1)

 We dismiss the appeal for want of prosecution. Tex. R. App. P. 42.3(b). 

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed for Want of Prosecution

Filed: December 11, 1997

Do Not Publish
1. We note that the issue of the finality of the probate court order Wilson sought to appeal had been
raised in a companion case. See Huvall v. Benestante, No. 03-96-00466-CV (Tex. App.--Austin Jan.
23, 1997, no writ) (not designated for publication). Huvall was dismissed on appellant's motion.